ACCO,(KSx),CLOSED,DISCOVERY,TRANSFERRED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
# (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:16–mc–00118–RGK–KS

| | |
|---|---|
| Natural Alternatives International Inc et al v. Creative Compounds LLC | Date Filed: 09/15/2016 |
| Assigned to: Judge R. Gary Klausner | Date Terminated: 09/22/2016 |
| Referred to: Magistrate Judge Karen L. Stevenson | Jury Demand: None |
| Case in other court:  US District Court Southern District of California, 15CV2081 JM RBB | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

Cause: Civil Miscellaneous Case

**Plaintiff**

**Natural Alternatives International Inc**


V.

**Movant**

| | | |
|---|---|---|
| **Vitajoy USA Inc.**<br>*nonparty* | represented by | **Joseph Giovanni Chu**<br>JCIP<br>1055 West 7th Street, 33rd Floor<br>Los Angeles, CA 90017<br>323–983–2293<br>Fax: 323–983–0869<br>Email: joseph@jciplawyers.com<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Sunland Nutrition Inc.**<br>*nonparty* | represented by | **Joseph Giovanni Chu**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Saminchem Inc.**<br>*nonparty* | represented by | **Joseph Giovanni Chu**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Creative Compounds LLC**


| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2016 | 1 | MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT Receipt No: 0973–18561360 – Fee: $46, filed by Movant Sunland Nutrition Inc., Vitajoy USA Inc., Saminchem |

| | | |
|---|---|---|
| | | Inc.. (Attachments: # 1 Proposed Order, # 2 Declaration Joseph G. Chu, # 3 Declaration Scott M. Chou, # 4 Declaration Xuzhou Liu, # 5 Declaration Charles Kuo, # 6 Proof of Service) (Attorney Joseph Giovanni Chu added to party Saminchem Inc.(pty:mov), Attorney Joseph Giovanni Chu added to party Sunland Nutrition Inc.(pty:mov), Attorney Joseph Giovanni Chu added to party Vitajoy USA Inc.(pty:mov))(Chu, Joseph) (Entered: 09/15/2016) |
| 09/16/2016 | 2 | NOTICE OF HEARING on Motion to Quash and Transfer by Clerk of Court. Counsel is hereby notified that the MOTION TO QUASH AND TRANSFER 1 is set for hearing on 10/17/2016 at 09:00 AM before Judge R. Gary Klausner. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (esa) TEXT ONLY ENTRY (Entered: 09/16/2016) |
| 09/22/2016 | 3 | MINUTE ORDER IN CHAMBERS Order re: Motion to Quash and Transfer (DE 1) by Judge R. Gary Klausner: The Court hereby ORDERS this Motion transferred to the U.S. District Court for the Southern District of California. (MD JS−6. Case Terminated.) (bp) (Entered: 09/23/2016) |
| 09/22/2016 | 4 | Transfer Out Transmittal Letter sent to USDC U.S. District Court for the Southern District of California at San Diego. (bp) (Entered: 09/23/2016) |